UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY SCHAFER, | Case No. _____ |
| **Plaintiff,** | Judge _____ |
| -vs.- | (Removed from the Twenty-Ninth Judicial Circuit, Clinton County, Michigan Case No. 26-012647-CH) |
| CALIBER HOME LOANS, INC., ET AL., | |
| **Defendants.** | |

| | |
|---|---|
| Anthony Schafer<br>405 S. Oakland Street<br>Saint Johns, MI 48879<br>(989) 292-9594<br>anthony.schafer86@gmail.com<br>*Plaintiff* | DINSMORE & SHOHL LLP<br>**J. TRAVIS MIHELICK (P73050)**<br>755 West Big Beaver Rd., Ste 1900<br>Troy, MI 48084<br>Phone: (248) 203-1655<br>travis.mihelick@dinsmore.com<br>*Attorneys for Defendants Caliber Home Loans, Inc. and Newrez LLC d/b/a Shellpoint Mortgage Servicing*<br><br>SOGOL I. PLAGANY (P69690)<br>CALEB J. SHUREB (P63350)<br>ORLANS LAW GROUP PLLC<br>1650 West Big Beaver Road<br>Troy, Michigan 48084<br>(248) 502-1359<br>splagany@orlans.com<br>*Attorney for Defendant*<br>*PHH Mortgage Corporation* |

**NOTICE OF REMOVAL**

Defendants, Caliber Home Loans, Inc. ("Caliber") and Newrez LLC d/b/a Shellpoint

Mortgage Servicing ("Shellpoint") (collectively, "Defendants"), through counsel and pursuant to

the provisions of 28 U.S.C. §§ 1331, 1332, 1441 and 1446, and 12 U.S.C. § 1452, hereby provide

notice of the removal to this Court of the case entitled *Anthony Schafer v. Caliber Home Loans, et*

*al.*, having Case No. 26-012647-CH, and currently pending in the Twenty-Ninth Judicial Circuit Court, Clinton County, Michigan (the "State Court Action").  As grounds for removal, Defendants state as follows:

### BACKGROUND

1.      The Plaintiff Anthony Schafer ("Plaintiff") initiated the State Court Action by filing a *"Verified Complaint for Declaratory and Temporary Preliminary, and Permanent Injunctive Relief; Violations of RESPA/Regulation X, TILA/Regulation Z, FDCPA, and ECOA/Regulation B; Violations of Michigan Consumer-Protection and Collection-Practice Statutes"* (the "Complaint") in the Twenty-Ninth Judicial Circuit Court, Clinton County, Michigan on February 23, 2026.

2.      Shellpoint received service of the initial pleading setting forth the claim for relief upon which such action or proceeding is based on April 6, 2026.

3.      On April 9, 2026, counsel for PHH Mortgage Corporation ("PHH") filed an Appearance in the case on behalf of PHH and Caliber.

4.      Pursuant to 28 U.S.C. § 1446(a), copies of the case docket, the Complaint, the Summons issued to Shellpoint, the Summons issued to other defendants, and the Appearance for PHH and Caliber and are attached collectively as **Exhibit 1**.

5.      The record of the State Court Action does not indicate whether Caliber, PHH, American Portfolio Mortgage Corporation, Fidelity National Title Insurance Company, the Clinton County Clerk/Register of Deeds, and/or John/Jane Does 1-20 have been served with the Complaint.

6.      This Notice of Removal is being filed within thirty (30) days after service of Shellpoint of the initial pleadings setting forth the claims for relief against Defendants, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

7.	Other than the aforementioned, no other pleadings, process, orders, or other papers have been served upon Shellpoint.

8.	This is not an action described in 28 U.S.C. § 1445.

9.	Venue for removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place in which the State Court Action was pending.

**FEDERAL QUESTION JURISDICTION**

10.	The Complaint purports to state federal claims for violations of: (a) the Real Estate Settlement Procedures Act and Regulation X (12 U.S.C. § 2601, *et seq.* and 12 C.F.R. Part 1024.); (b) the Truth in Lending Act (15 U.S.C. § 1601, *et seq.*); (c) the Fair Debt Collection Practices Act (15 U.S.C. § 1692, *et seq.*); and (4) the Equal Credit Opportunity Act (15 U.S.C. § 1691, *et seq.*). *See* **Exhibit 1**.

11.	The Complaint also purports to various claims under state law, including claims for: (a) alleged violations of the Michigan Regulation of Collection Practices Act (MCL § 445.251, *et. seq.*) (b) alleged violations of the Michigan Consumer Protection Act (MCL § 445.901, *et. seq.*); and (c) common law breach of contract and breach of the implied covenant of good faith and fair dealing; (d) negligence; (e) quiet title; (f) slander of title; (g) declaratory relief; (h) injunctive relief; (i) unjust enrichment and equitable restitution; (j) civil conspiracy, (k) abuse of process; (l) promissory estoppel; (m) tortious interference with a contract; (n) negligent supervision and training; (o) fraud; (p) conversion; (q) intentional infliction of emotional distress; and (r) wrongful foreclosure. *Id.*[1]

---

[1] The Complaint purports to allege 56 counts/claims against Defendants, some of which are overlapping and/or may not be recognized under Michigan law.

12.     The United States District Court for the Western District of Michigan has original jurisdiction over this action under 28 U.S.C. § 1331.  The Court has federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff's Complaint alleges violations of federal law.  *See, e.g.*, 12 U.S.C. § 2614; 15 U.S.C. § 1640(e); 15 U.S.C. § 1692k(d); 15 U.S.C. § 1691e(f).  .

13.     Under 28 U.S.C. § 1367, the Court has supplemental jurisdiction over the state law claims alleged in Plaintiff's Complaint because such claims arise out of the same set of facts, and are part of the same case and controversy, as the claims over which the Court has original jurisdiction.

## CONSENT TO REMOVAL

14.     Defendants Caliber, Shellpoint, and PHH have consented to removal.

15.     The undersigned counsel is unaware if Defendants American Portfolio Mortgage Corporation, Fidelity National Title Insurance Company, the Clinton County Clerk/Register of Deeds, and/or John/Jane Does 1-20 have been properly served as part of the State Court Action.

## VENUE AND PROCEDURAL REQUIREMENTS

16.     The United States District Court for the Western District of Michigan is the District Court for the district encompassing the Twenty-Ninth Judicial Circuit, Clinton County, Michigan, where the State Court Action is pending.  See 28 U.S.C. § 115(a)(1).  It follows then that venue is proper in this district under 28 U.S.C. § 1446(a).

17.     In accordance with 28 U.S.C. § 1446(d), Defendants will promptly serve a copy of this Notice of Removal on Plaintiff, and will file a copy of the Notice of Removal with the Clerk of Courts for the Twenty-Ninth Judicial Circuit, Clinton County, Michigan.

18.     Defendants expressly reserve the right to state additional grounds for removal and to provide such additional evidence as may be required to support the grounds asserted in this Notice of Removal.

19.     By filing this Notice of Removal and the associated exhibits, Defendants do not waive any defenses or objections they may have to this action.  Defendants reserve the right to raise all defenses and objections to Plaintiff's claims after the State Court Action is removed to this Court.

<b><u>CONCLUSION</u></b>

WHEREFORE, this action is properly removed from the Twenty-Ninth Judicial Circuit, Clinton County, Michigan to the United States District Court for the Western District of Michigan, pursuant to applicable sections of the United States Code.  Please take notice that no further proceedings may be had in the Twenty-Ninth Judicial Circuit, Clinton County, Michigan.

Dated: April 27, 2026                                          Respectfully submitted,

**DINSMORE & SHOHL LLP**

 */s/ J. Travis Mihelick*
J. Travis Mihelick (P73050)
755 West Big Beaver Rd, Suite 1900
Troy MI 48084
(248) 203-1655 / (248) 647-5210 (fax)
travis.mihelick@dinsmore.com
*Attorneys for Defendants Caliber Home*
*Loans, Inc. and Newrez LLC d/b/a*
*Shellpoint Mortgage Servicing*

**PROOF OF SERVICE**

The undersigned certifies that on April 27, 2026 a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause via the CM/ECF electronic filing system and via first class mail, postage prepaid to the following:

Anthony Schafer
405 S. Oakland Street
Saint Johns, MI 48879

Clinton County Clerk/Register of Deeds
100 E State Street, Suite 2500
St. Johns, MI 48879

Fidelity National Title Insurance Company
2900 West Road, Suite 203
East Lansing, MY 48823

American Portfolio Mortgage Corporation
c/o Business Filings Incorporated
40600 Ann Arbor Rd E, Suite 201
Plymouth, MI 48170

I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge, and belief.

*/s/ J. Travis Mihelick*
J. Travis Mihelick

6